[Grafton, December, 1881.]

### COX v. JOHNSON & a.

CLARK, J. The sufficiency of the answer is not controverted, and no question of law is suggested.

*Case discharged.*

STANLEY, J., did not sit: the others concurred.

*Pike & Parsons*, for the plaintiff.

*Burleigh & Adams* and *H. E. Burnham*, for the defendants.

---

[Coös, December, 1881.]

### PARSONS v. HILLIARD & a.

CARPENTER, J. In an action referred by agreement there is no right of review. *Bennett* v. *Atwood*, 57 N. H. 216; *Carroll* v. *Locke*, 58 N. H. 163; *Rand* v. *Merchants' Despatch Co.*, 60 N. H. 276.

DOE, C. J., did not sit: the others concurred.

*James I. Parsons*, for the plaintiff.

*Dudley & Remich, W. H. Shurtleff,* and *Ray, Drew & Jordan*, for the defendants.

---

[Coös, December, 1881.]

### COLE v. SMITH & a.

FOREIGN ATTACHMENT. The writ was not served on the trustee; the plaintiff was allowed to amend by striking out the trustee clause of the writ, and the defendants excepted.

*Exception overruled.*

ALLEN, J., did not sit: the others concurred.

*Ladd & Fletcher*, for the defendants.

*W. & H. Heywood*, for the plaintiff.